# FAGENSON & PUGLISI
## ATTORNEYS AT LAW

450 SEVENTH AVENUE
SUITE 3302
NEW YORK, NEW YORK 10123

LAWRENCE M. FAGENSON
CONCETTA PUGLISI

NOVLETTE R. KIDD
CASMIR SONDEY

TELEPHONE: (212) 268-2128
FAX: (212) 268-2127

November 5, 2007

HON. HAROLD BAER, JR.
U.S. DISTRICT JUDGE
Southern District of New York
500 Pearl Street
New York, New York 10007

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #. _____
DATE FILED: 11/7/07

BY FAX: (212)805-7901

**Re: Signorelli v. Senex Services Corp., Case # 07-cv-8225**

Honorable Sir,

I represent the Plaintiff in the captioned matter.

This is to inform the court that the parties have embarked on settlement discussions. In addition, I shall be away on vacation until November 16, 2007. The parties therefore request an adjournment of the initial conference herein which is currently scheduled for November 15, 2007 at 4:15 p.m. Arthur Sanders, Esq., Defendant's attorney, consents to the adjournment.

If it is convenient for the Court, the parties request December 5 or 7, 2007 as an alternative date.

Thank you for your courtesy and consideration.

Very truly yours,
FAGENSON & PUGLISI
By: /s/ Novlette R. Kidd
NOVLETTE R. KIDD, ESQ.

Arthur Sanders, Esq., by Fax

*[Handwritten annotation: My next conference day is December 3, 07. I'm adjourning this PTC until that date at 3 PM]*

SO ORDERED:
/s/ Harold Baer, Jr.
Harold Baer, Jr., U.S.D.J.
Date: 11/6/07

Endorsement:

    My next conference day is December 3, 2007. I'm adjourning this PTC until that date at 3 PM.