UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
THOMAS SIGNORELLI

            - against -

SENEX SERVICES CORP.

--------------------------------------------------------X

      07 Civ. 8225 (HB)

ORDER OF DISCONTINUANCE

    This cause having duly come on to be heard before me and the attorneys for all parties having advised the Court that all claims asserted herein are settled or are in the process of being settled, it is hereby

    ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either party. Should settlement not be finalized by 2/4/2008, any party may apply to have the action reopened.

Dated:    New York, New York
           12/3/2007

                                      HAROLD BAER, JR.
                                      U.S.D.J.

I hereby consent to the entry of this proposed order:

_____        _____
Attorneys for Plaintiff                           Attorneys for defendant
Movlette R. Kidd, Esq.
Fagenson & Puglisi
450 Seventh Avenue,                _____
Suite 3302                                           Attorneys for Third-party
New York, NY 10123
(212)268-2128

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07